**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: June 1, 2021**



Beth A. Buchanan
United States Bankruptcy Judge

**2021**  UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
IN RE: JEFFERY W. MCBEE            :   CASE NO  17-14158
                                   :   CHAPTER 13
                                   :   JUDGE BUCHANAN

       DEBTOR(S)
                                   :   ORDER  GRANTING  MOTION  TO
                                       MODIFY PLAN (Doc. 59)
```

This matter is before the Court on the Motion to Modify Plan (Doc. 59).

For good cause shown the Motion to Modify Plan is granted. Debtor(s)' Chapter 13 plan is modified pursuant to the terms outlined in the Motion submitted to the Court.

SO ORDERED

Copies to:

Default List